[illegible]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ARIEL LEE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC.; WAL-MART ASSOCIATES, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | **Case No. 4:25-cv-08157-AMO**<br><br>**~~[PROPOSED]~~ ORDER ON JOINT STATEMENT REGARDING DISCOVERY DISPUTES**<br><br>Judge: Hon. Araceli Martínez-Olguín |

The Court has considered the parties' Joint Statement Regarding Discovery Disputes and the supporting Declaration of Michael Freiman. Good cause appearing, and in light of the November 5, 2026 close of fact discovery (Dkt. 14), the Court ORDERS as follows:

1. **Written discovery.** No later than October 16, 2026, Defendants Walmart Inc. and Wal-Mart Associates, Inc. shall each (a) serve complete answers to Plaintiff's Interrogatories, Set One, Nos. 1–21, signed and verified as required by Federal Rule of Civil Procedure 33(b)(3) and (5); (b) serve amended answers to Plaintiff's Requests for Admission, Set One, Nos. 1–60 that comply with Rule 36(a)(4), and any request not so answered by that date is deemed admitted; (c) serve amended responses to Plaintiff's Requests for Production of Documents, Set One, Nos. 1–30 that comply with Rule 34(b)(2)(B)–(C), and produce all responsive documents and electronically stored information in its possession, custody, or control; and (d) serve a privilege log that complies with

Section I.5 of the Court's Standing Order for Civil Cases for any document withheld on the basis of privilege or work product. Defendants' objections to these requests, other than objections based on the attorney-client privilege or the work-product doctrine, are OVERRULED.

2. **Rule 30(b)(6) depositions.** No later than October 16, 2026, each Defendant shall identify its designee(s) for each matter for examination in Plaintiff's July 15, 2026 notice of deposition under Rule 30(b)(6) and produce the documents requested in Schedule B to that notice. The deposition of Walmart Inc. shall proceed on October 27, 2026, and the deposition of Wal-Mart Associates, Inc. shall proceed on October 28, 2026, each beginning at 9:00 a.m. at Regus – Downtown San Mateo, 3 East Third Avenue, Suite 200, San Mateo, California 94401, unless the parties agree in writing to other dates no later than October 30, 2026.

3. **Witness depositions.** No later than October 13, 2026, Defendants shall (a) state, for each of Adam Tanimura, Annie Zhuo, Donnie Tanner, Harvey Ma, LaTonya Foster, Zachary Haas, and Mari Kokka, whether Defendants will produce the witness for deposition or their counsel will accept service of a deposition subpoena on the witness's behalf; (b) provide, for each such witness, a deposition date between October 19 and November 4, 2026; and (c) provide the last-known address, telephone number, and e-mail address of Paige Zhang and of each other listed witness who is no longer employed by Defendants.

4. **Timing.** If any date in this Order has passed when the Order is entered, the corresponding deadline is three court days after the date of this Order.

**IT IS SO ORDERED.**

Dated: October 9, 2026

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge